■ In the Matter of GREGORY GELMAN, Appellant, v BRION D. TRAVIS, as Chair of the Board of Parole, Respondent. [802 NYS2d 640]—Appeal from a judgment of the Supreme Court (Canfield, J.), entered April 1, 2004 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Since the determination giving rise to this CPLR article 78 proceeding, petitioner has reappeared before the Board of Parole and again was denied parole release. Given petitioner's subsequent reappearance before the Board in June 2004, the instant matter is now moot and must be dismissed (see Matter of Rivera v Travis, 8 AD3d 716 [2004]).

Cardona, P.J., Crew III, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.